FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ FEB 0 1 2012 ★
BROOKLYN OFFICE

SLR:LDM
2012V00002

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------X
UNITED STATES OF AMERICA,

                Plaintiff,

  -against-

$191,150.87, MORE OR LESS, SEIZED FROM BANK OF
AMERICA ACCOUNT NO. XXXXXX6165, HELD IN
THE NAME OF BEST RX PHARMACY, INC., AND ALL
PROCEEDS TRACEABLE THERETO;

$36,942.77, MORE OR LESS, SEIZED FROM BANK OF
AMERICA ACCOUNT NO. XXXXXX4315, HELD IN
THE NAME OF BRITTANY PHARMACY, AND ALL
PROCEEDS TRACEABLE THERETO;

$91,000.00, MORE OR LESS, SEIZED FROM BANK OF
AMERICA ACCOUNT NO. XXXXXX4213, HELD IN
THE NAME OF YURY BALYASNY AND LUBA
BALYASNY, AND ALL PROCEEDS TRACEABLE
THERETO; and

$39,943.24, MORE OR LESS, SEIZED FROM BANK OF
AMERICA ACCOUNT NO. XXXXXX5556, HELD IN
THE NAME OF YAKOV PLOTNIKOV, AND ALL
PROCEEDS TRACEABLE THERETO.

                Defendants in rem.
------------------------------------------X

WARRANT OF ARREST FOR
ARTICLES IN REM

Civil Action No.
CV-11-

(   , J)
(   , MJ)

TO THE SPECIAL AGENTS OF THE UNITED STATES FEDERAL BUREAU OF INVESTIGATION, AND ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

      WHEREAS, a Verified Complaint in rem was filed on or about January 5, 2012, in the United States District Court for the Eastern District of New York, alleging that the following funds in the total amount of $359,036.88, and all proceeds thereto (the "Defendants In

Rem") are subject to seizure and forfeiture to the United States, in accordance with 18 U.S.C. § 981(a)(1)(C), as property which constitutes or is derived from proceeds traceable to a violation of 18 U.S.C. § 1347 (relating to health care fraud):

    a.    $191,150.87, more or less, seized on July 22, 2011, from Bank of America account number xxxxxx6165, held in the name of Best Rx Pharmacy, Inc., and all proceeds traceable thereto;

    b.    $36,942.77, more or less, seized on July 22, 2011, from Bank of America account number xxxxxx4315, held in the name of Brittany Pharmacy, and all proceeds traceable thereto;

    c.    $91,000.00, more or less, seized on July 22, 2011, from Bank of America account number xxxxxx4213, held in the name of Yury Balyasny and Luba Balyasny, and all proceeds traceable thereto;

    d.    $39,943.24, more or less, seized on July 22, 2011, from Bank of America account number xxxxxx5556, held in the name of Yakov Plotnikov, and all proceeds traceable thereto; and

WHEREAS, the Court being satisfied that, based upon the Verified Complaint, there is probable cause to believe that the Defendants In Rem constitute property that is subject to forfeiture, and that grounds for issuance of a warrant for arrest of articles in rem exist, pursuant to 18 U.S.C. § 981(b) and Supplemental Rule G(3) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (the "Supplemental Rules").

IT IS, THEREFORE, HEREBY COMMANDED that the United States shall serve upon all potential claimants to the Defendants In Rem a copy of this Warrant and the Verified Complaint in a manner consistent with the principles of service of process of an action in rem under the Supplemental Rules and the Federal Rules of Civil Procedure; and

NOTICE IS HEREBY GIVEN that in order to avoid forfeiture of the Defendants In Rem, any person claiming an interest in, or right against, the Defendants In Rem shall file a verified claim under penalty of perjury within thirty-five (35) days after service of the Verified

Complaint or within thirty (30) days after final publication of notice of the filing of the Verified Complaint, as applicable, or within such additional time as the Court may allow, pursuant to 18 U.S.C. § 983(a)(4) and Rule G(5) of the Supplemental Rules, and shall serve and file an answer to the Verified Complaint within twenty-one (21) days after the filing of the verified claim with the Office of the Clerk, United States District Court for the Eastern District of New York, with a copy thereof sent to Assistant United States Attorney Laura D. Mantell, United States Attorney's Office, Eastern District of New York, 271 Cadman Plaza East, 7th Floor, Brooklyn, New York 11201. Pursuant to Rule G(5) of the Supplemental Rules, all claims must identify the specific property claimed, identify the claimant and state the claimant's interest in the property, and be signed by the claimant under penalty of perjury.

Dated:    Brooklyn, New York
          January 29, 2012

s/Nicholas G. Garaufis

_____
HONORABLE
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK