UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA, :

               Plaintiff, :

    -against- :     CV 12-071 (NGG)

$91,000.00, MORE OR LESS, SEIZED :
FROM BANK OF AMERICA ACCT.     **VERIFIED CLAIM OF**
NO. XXXXXX4213, HELD IN THE NAME :     **LUBA BALYASNY**
OF LUBA and YURY BALYASNY, *et al*.     **OPPOSING FORFEITURE**

      :

          Defendants *in rem*, :

------------------------------------------------------------x

LUBA BALYASNY, :

             Claimants. :

------------------------------------------------------------x

    LUBA BALYASNY, being duly sworn, deposes and says:

    1. I am an owner of Account XXXXXX4213 at Bank of America, from which account $91,000 was seized.

    2. I hereby claim an ownership and possessory interest in all of the funds seized from the bank account, and the right to exercise dominion and control over Defendant *in rem* $91,000.00.

3. I object to forfeiture.

Dated: New York, New York
   March __, 2012.

_____
LUBA BALYASNY, Claimant

## VERIFICATION

The undersigned declares under penalty of perjury that she is a claimant in the above-entitled matter, that she has read the foregoing Claim and Objection to forfeiture, that she knows the contents thereof, and that the same is true to her own knowledge.

_____
LUBA BALYASNY

Sworn to before me this
__ Day of March 2012.

_____
Notary Public

JERALD REINGOLD
Notary Public State of New York
No. 01RE6085047
Qualified in Kings County
Expires on 12/16/14